Law Office of

# Sean T. Goguen
Attorney at Law

4 Middle Street
Newburyport, Massachusetts 01950

Telephone:  (978) 225-1562
Facsimile:  (339) 707-2062

June 14, 2012

FILED VIA CM/ECF

Honorable Denise Casper
United States District Court
1 Courthouse Way
Boston, MA 02210

RE:  *Pembroke Public Schools v. John and Jane Doe, et al.*
     U.S. District Court Civil Action No. 12-CV-10971

Dear Judge Casper:

    I am writing to let you know that the parties have reached a settlement of this case, and therefore I am requesting that the hearing scheduled for my TRO motion this afternoon be cancelled, as it appears to now be moot.

    Thank you for your attention to this matter.

Very truly yours,

/s/ Sean T. Goguen
Sean T. Goguen

STG/jg
Cc:  All associated counsel registered with CM/ECF system